

# THE THIRTEENTH COURT OF APPEALS

13-13-00368-CV

JOHN H. CARNEY & ASSOCIATES
v.
MICHAEL ROSELLINI, D.D.S.

On Appeal from the
193rd District Court of Dallas County, Texas
Trial Cause No. DC-12-00869

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

January 22, 2015